
FILED
2018 Jul-06 PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**United States District Court
for the
Northern District of Alabama
Western Division**



| | |
|---|---|
| Reshawn Armstrong, (Pro Se) Plaintiff<br><br>v.<br><br>Jefferson B. Session, Attorney General<br>Defendant | Civil Action: 7:17-cv-01857-LSC<br><br>**"Plaintiff's Motion To Set A Hearing Date"** |

## Plaintiff's Motion to Set a Hearing Date

The Plaintiff, Reshawn Armstrong (pro se) respectfully submits this motion to set a hearing date

### I. Background

1. On February 26, 2018 the Plaintiff filed an amended employment discrimination compliant (doc 10).

2. On March 13, 2018 the Defendant's attorney Sarah Blutter filed a partial motion to dismiss Plaintiff amended compliant under FRCP 12(b) (1) lack of jurisdiction over subject matter and (6) failure to state claim for basis count II race (doc 12).

3. On March 23, 2018 the Plaintiff responded and opposed Defendant's partial motion to dismiss on amended complaint. (doc 13).

4 On March 26, 2018 an order was filed by this court which informed the Defendant of a ten day time frame to reply to Plaintiff's opposed motion once served (doc 14)

5. On March 26, 2018 the Defendant was served with opposed motion yet failed to reply within the ten days timeframe as ordered by this court.

6. On April 6, 2018 the Plaintiff then filed a motion (doc 15) asking this court to deny Defendant's partial motion to dismiss amended complaint for failure to reply within time frame and that the Defendant be ordered to answer the amended complaint.

7. The Defendant then used the April 6th 2018 motion to "reply" to opposed motion filed on March 23, 2018 instead of "responding" to the context of the April 6, 2018 motion only.

8.On June 4, 2018 the Plaintiff mailed a letter to respectfully remind this court of motion(s) not yet ruled on which is preventing the Plaintiff from proceeding to discovery stage in order to gather more evidences for trial. A copy of this letter was also mailed to Defendant's attorney Sarah Blutter to avoid the appearance of ex parte (exhibit B).

## II. Argument

The Plaintiff amended her EEO Compliant in July of 2016 to add basis race via email. The Defendant's Representative was included (cc) in email sent to EEOC AJ with attached Amended EEO Compliant. The Defendant also was made aware again of added basis "race" through the EEO discovery stage process as well. The Plaintiff is only required to wait 180 days after filing an EEO Compliant before filing a lawsuit. The Plaintiff waited well over the 180 day timeframe before filing civil action with this court in hopes EEO Compliant could be resolved. As of to date (July 6, 2018) the Defendant

has not answered amended complaint filed on February 26, 2018. The Defendant's attorney Sarah Blutter is purposely using unethical tactics/strategies by filling erroneous motions under FRCP 12(b) (1) and (6) to delay the judicial process instead of answering the amended complaint. Rule 12 of the Federal Rules of Civil Procedures was not created nor intended to be used as an untechnical strategy tactic for Defendants to avoid and/or delay answering Plaintiff compliant.

### III, Conclusion

In Conclusion the Plaintiff made the Defendant aware of "race" basis and has exhausted her discriminatory basis of race through the EEO Process which gives this court jurisdiction over subject matter. Also the Defendant did not file motion to dismiss Plaintiff's amended employment discrimination compliant concerning count I (Sex Discrimination), count III (Retaliation/reprisal), count IV (Harassment), and count V (Hostile Work Environment) alleged in paragraph 1 through 66 of amended compliant and therefore should be order to answer the amended compliant and/or at least be required to answer amended compliant based on counts not dismissed.

**WHEREFORE**, the Plaintiff submits this motion to set hearing date concerning above issues.

Respectfully submitted,

*[signature]*

Reshawn Armstrong (Pro Se)
1130 University Blvd.
# B9-620
Tuscaloosa, Alabama 35401
(205) 861-5979

# CERTIFICATE OF SERVICE

This is to certify that on the 6th day of July, 2018, I served **Plaintiff's Motion to Set a Hearing Date** by placing a copy in the United States Postal Service First Class Mail-Certified upon the Defendant Attorney whose name and address as listed below:

**Sarah C. Blutter
Assistant U.S. Attorney
U.S. Attorney's Office for the
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203**

Respectfully Submitted,

*[signature]*

Reshawn Armstrong (Pro Se)
1130 University Blvd.
# B9-620
Tuscaloosa, Alabama 35401

# Exhibit B

(June 4th Letter to Judge Coogler)

(Mail Receipts)

Reshawn Armstrong
1130 University Blvd
#B9-620
Tuscaloosa, Alabama 35401

Date: June 4, 2018

Honorable Judge L. Scott Coogler
Federal Building and United States Courthouse
2005 University Boulevard
Tuscaloosa, Alabama 35401

RE: Case No. 7:17-cv-01857-LSC Armstrong v. Sessions

Dear Judge Coogler,

My name is Reshawn Armstrong and I have filed the above civil action against the "Head" of the Department of Justice Attorney General Jefferson B. Sessions. The reason for this letter is to respectfully remind this court of a motion(s) that has not yet been ruled on and also unethical delay tactics being used. It's my understanding I cannot request and/or compel documentations in order to be ready for trial within twelve months as stated in Uniform Initial Order (doc 5) until the Defendant has answered the amended complaint filed on February 26, 2018 (doc 10). Instead of answering the compliant the Defendant filed a motion to partial dismiss amended complaint through its attorney Ms. Sarah Blutter on March 13, 2018 (doc 12). I then opposed and responded to Defendant's motion on March 23, 2018 (doc 13). An order was filed by this court on March 26, 2018 (doc 14) which informed the Defendant of a ten day time frame to reply to Plaintiff's opposed motion once served. The Defendant was served with opposed motion on March 26, 2018 yet failed to reply within ten days as ordered by this court. I then filed a motion on April 6, 2018 (doc 15) asking this court to deny Defendant partial motion to dismiss amended complaint for failure to reply within the time frame and that Defendant be ordered to answer complaint. The Defendant used the April 6th motion to <u>reply</u> to the March 23rd motion instead of <u>responding to the context</u> of the April 6 2018 motion only. It appears as if the Defendant's attorney is purposely using unethical strategies by filling erroneous motions to delay the judicial due process instead of answering the amended complaint.

I have mailed a copy of this letter to the Defendant's attorney Ms. Sarah Blutter at address: 1801 Fourth Ave North Birmingham Alabama 35203 to avoid the appearance of an ex parte. I would like to thank you for your time concerning this matter.

Sincerely,

Reshawn Armstrong (pro se)

## CUSTOMER USE ONLY

**FROM:** (PLEASE PRINT)  **PHONE** (

Roshed [illegible]
1120 [illegible]
Tus[illegible]

**PAYMENT BY ACCOUNT (if applicable)**
USPS

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED

**TO:** (PLEASE PRINT)  **PHONE** (

Judge L. Scott Coogler
Federal Building and U.S. Courthouse
2005 University Boulevard
Tuscaloosa, Alabama 35401

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL EXPRESS**

EE 158096141 US

Postmark: NOBLES STA 32504 PENSACOLA FL — JUN 4 2018

32504 — $24.70
Date Accepted: 6-9-18
Time Accepted: 10:57 AM
Weight: 1 oz — Flat Rate
Total Postage & Fees: $24.70

LABEL 11-B, OCTOBER 2016  PSN 7690-02-000-0996  2-CUSTOMER COPY

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7018 0930 0000 8478 4152

BIRMINGHAM 35203

Certified Mail Fee: $3.45
Extra Services & Fees:
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage: $0.50
Total Postage and Fees: $3.95

Sent To: Sarah C. Blutter (copy) sent to Coogler
Street and Apt. No., or PO Box No: 1801 Fourth Ave North
City, State, ZIP+4®: Birmingham, AL 35203-2101

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions