**United States District Court
for the
Northern District of Alabama
Western Division**



| | |
|---|---|
| Reshawn Armstrong, (Pro Se) Plaintiff <br><br> v. <br><br> Jefferson B. Session, Attorney General <br> Defendant | Civil Action: 7:17-cv-01857-LSC <br><br> **Plaintiff's Notice RE: Memorandum of Opinion and Order** |

**Plaintiff's Notice RE: Memorandum of Opinion and Order**

The Plaintiff, Reshawn Armstrong (pro se) respectfully submits "Plaintiff Notice RE: Memorandum of Opinion and Order" to inform this court of inaccurate statements in Memorandum of Opinion and Order (doc 20) and to provide accurate information for the record. Also the Plaintiff amended her civil action on February 26, 2018 (doc 10) which **Moot** her original civil action filed on November 03, 2017 (doc 14). Therefore, claims listed in this civil action are **separate** from Plaintiff second formal EEO complaint filed on **September 19, 2017** which is currently in the EEO Process concerning claims on and after January 16, 2017.

1

The Plaintiff respectfully states the following concerning Memorandum of Opinion and Order:

## I. RE: Background

1. The Plaintiff's amended her EEO Compliant on **July 21, 2016** to include **race** which was before Plaintiff was informed ROI was completed.

2. The Plaintiff and Administrative Judge Bryan Douglas ("AJ Douglas") were **made aware ROI was completed** by Agency (via email) on July 26, 2016 during the Initial Schedule Hearing.

3. AJ Douglas **did not rule** on Plaintiff July 21, 2016 motion at that time **but instead deferred the matter** until Agency replied to motion.

4. Agency replied to Plaintiff's motion on **August 02, 2016**.

5. In the **interim** (July 2016 through July 2017) pursuant to 29 C.F.R. 1614.106(d) Plaintiff filed several more motions to amend due to the **continuous discrimination** she's being subject to at FCI Aliceville.

6. AJ Douglas did not rule on **amended motions** until **September 2, 2017**.

7. AJ Douglas stated on September 2, 2017 through email that Plaintiff **July 21, 2016** motion included events that predate and were contemporaneous with investigation completed on July 10, 2016.

2

8. The EEO Investigator listed submission date of Report of Investigation (ROI) as **July 20, 2016**.

9. The ROI was **uploaded** to EEOC's FedSep on **July 25, 2016.**

10. The ROI was **incomplete and revised** on August 18, 2016.

11. **AJ Douglas was made aware of incomplete and revised ROI on August 31, 2016** and sent Agency email **on September 2, 2016** concerning **revised ROI** (Exhibit C).

12. AJ Douglas further stated on September 2, 2017 (via email) the **July 31, 2017 motion** (not the July 21, 2016 motion) to amend was filed more than 30 days from the Order Regarding the Hearing Process was issued, after discovery had closed, after the Agency filed motion to dismiss, and after the Agency filed a motion for a decision without hearing.

13. AJ Douglas denied Plaintiff's amendments due to impact on case **but stated** Plaintiff may contact Agency EEO Counselor regarding allegations raised in motions to amend and further stated Agency <u>**shall consider**</u> the date Plaintiff filed the motions as the date Plaintiff **initiated contact** with EEO counselor **thus** the reason for Plaintiff second formal EEO Compliant.

3

14. The Plaintiff 2015 complaint was dismissed by EEOC at "**Plaintiff request**" pursuant to 29 C.F.R. 1614.107(a) (3).

15. **Plaintiff waited almost two years for an EEO hearing yet still no hearing and/or ruling on EEO compliant.** Therefore plaintiff requested to stop the EEO process (due to process being well passed the 180 days requirement) and filed civil action with this court.

## II. RE: Standard of Review

16. A complainant may amend a complaint at any time prior to the conclusion of the investigation to include issues or claims like or related to those raised in the complaint. After requesting a hearing, a complainant may file a motion with the AJ to amend a complaint to include issues or claims like or related to those raised in the complaint. 29 C.F.R. Section 1614.106(d) (*cited*: Federal EEO Complaint Processing Procedures).

17. The agency's acknowledgment must also advise the complainant that when a complaint has been amended, the agency must complete the investigation within the earlier of: (1) 180 days after the last amendment to the complaint; or (2) 360 days after the filing of the original complaint. A complainant may request a hearing from an EEOC AJ on the consolidated complaints any time after 180 days

from the date of the first filed complaint. 29 C.F.R. Section 1614.106(e) (*cited*: Federal EEO Complaint Processing Procedures).

18. Prior to filing a civil action under Title VII of the Civil Rights Act of 1964 or the Rehabilitation Act of 1973, a federal sector complainant must first exhaust the administrative process set out at 29 C.F.R. Part 1614. **"Exhaustion" for the purposes of filing a civil action may occur at different stages of the process**. The regulations provide that civil actions may be filed in an appropriate federal court: (1) within 90 days of receipt of the final action where no administrative appeal has been filed; (2) **after 180 days from the date of filing a complaint if an administrative appeal has not been filed and final action has not been taken;** (3) within 90 days of receipt of EEOC's final decision on an appeal; or (4) after 180 days from the filing of an appeal with EEOC if there has been no final decision by the EEOC. 29 C.F.R. Section 1614.408 (*cited*: Federal EEO Complaint Processing Procedures).

## III RE: Discussion (Race Discrimination)

19. The Plaintiff request for official time to prepare for EEO investigator (administrative investigation) was **ignored**.

5

20. The Plaintiff was not aware she was approved to speak with EEO Investigator (administrative investigation) until the day of the interview and within a few hours before interview was to start.

21. Plaintiff did not have nearly four months in which to amend her EEO Compliant to include race because plaintiff was **intentionally not afforded the opportunity during the administrative investigation process** to research and prepare for EEO Investigator due to **repeated requests** for official time being **ignored by Agency**.

22. Only **after** Plaintiff had already **spoken with the EEO investigator** is when **Agency approved Plaintiff for her first official time** to work on EEO Compliant which was in July of 2016.

23. During that time (July of 2016 official time) Plaintiff was made aware she could include race regardless if the aggressor was the same race as she and amended her EEO Compliant on July 21, 2016 to include race discrimination prior to the conclusion of investigation which **technically** was **August 18, 2016**.

**WHEREFORE,** the Plaintiff was clearly not afforded the opportunity to include race discrimination during the "administrative investigation" process due to the Agency and EEOC Birmingham unethical conduct throughout the EEO Process.

Respectfully submitted,

*(signature)*

Reshawn Armstrong (Pro Se)
1130 University Blvd.
B9-620
Tuscaloosa, Alabama 35401
(205) 861-5979

## CERTIFICATE OF SERVICE

This is to certify that on the 18th day of July, 2018, I served Plaintiff's

**Notice RE: Memorandum of Opinion and Order** by placing a copy in the

United States Postal Service First Class Mail-Certified upon the Defendant

Attorney whose name and address as listed below:

**Sarah C. Blutter**
**Assistant U.S. Attorney**
**U.S. Attorney's Office for the**
**Northern District of Alabama**
**1801 Fourth Avenue North**
**Birmingham, Alabama 35203**

Respectfully Submitted,

*(signature)*

Reshawn Armstrong (Pro Se)
1130 University Blvd.
B9-620
Tuscaloosa, Alabama 35401
(205) 861-5979

# Exhibit C

- Email (September 2, 2016) from Administrative Judge Bryan Douglas regarding Defendant Revised ROI

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Motion to imposition of sanctions - Revised ROI | | | S. Armstrong | Account Info ▼ | | Sign Out | Home |

R.A. vs. DOJ - EEOC    Contacts   Notepad   Calendar                          Switch to the newest Yahoo Mail

Compose                                    Actions            ▼ Apply

**Inbox (75)**

Drafts

Sent

Spam          [Empty]

Trash         [Empty]

**My Folders**  [Edit]

AFGE

AJ

AMENDED

Archive

ATTY

CaseText

**COMPLIANTS (2)**

DOJ COMPLIANT

DRAFTS DOCUMEN...

**EEO DOCS (3)**

EEO INVESTIGAT...

FOIA

FORMAL EEO

I.D. Check

Mina Raskins

MISC FOLDER

**R.A. vs. DOJ -... (9)**

R.A. (6)

SETTLEMENT ATT...

THIS EEOC

ULP

USA NOTIFICATI...

WORK TRANSFER ...

**Fwd: Re: Reshawn Armstrong v. DOJ, EEOC No. 420-2016-00106X - Complainant's Motion to Imposition of Sanctions-Revised ROI**

Tuesday, November 1, 2016 8:20 PM

From: "Reshawn Armstrong" <r1armstrong@bop.gov>

To: ra1111@ymail.com

Raw Message  Printable View

*R. Armstrong*
Senior Officer Specialist

>>> "BRYAN DOUGLAS" <BRYAN.DOUGLAS@EEOC.GOV> 9/2/2016 8:19 AM >>>
Good Morning,

Agency, I want the Agency to file a response to Complainant's August 31, 2016 motion within the time frames permitted by the initial Orders.

I also want the Agency to explain to me why it uploaded a revised ROI in the EEOC's FedSep on August 18, 2016, why I received no notice for such an upload from Agency's counsel, and why I received no explanation as to how the ROI was revised. I also want the Agency to explain how the ROI uploaded on August 18, 2016 revised the ROI that was uploaded on July 25, 2016. The email for the individual who uploaded the August 18, 2016 revised ROI is C4jackson@bop.gov.

Bryan M. Douglas
Administrative Judge

U.S. Equal Employment Opportunity Commission
Birmingham District Office
1130 22nd Street South
Suite 2000
Birmingham, AL 35205

Telephone: (205) 212-2065
Fax: (205) 212-2105
Bryan.Douglas@eeoc.gov

>>> "Teresa Lavatai" <tlavatai@bop.gov> 8/31/2016 6:09 PM >>>
Good Evening, Judge Douglas.
Attached please find the Complainant's Motion to Imposition of Sanctions in the above-captioned matter. If you have any questions or difficulty accessing the attachment, please do not hesitate to contact me.
A copy of this correspondence is being simultaneously forwarded to the Agency's Representative Genna Petre and Complainant, Reshawn Armstrong.
Thank you

tlavatai@bop.gov

Actions            ▼ Apply