**United States District Court
for the
Northern District of Alabama
Western Division**

| | |
|---|---|
| Reshawn Armstrong, (Pro Se) Plaintiff<br><br>v.<br><br>Jefferson B. Session, Attorney General<br>Defendant | Civil Action: 7:17-cv-01857-LSC<br><br>""Motion for a Settlement Conference" |

## MOTION FOR A SETTLEMENT CONFERENCE

The Plaintiff, Reshawn Armstrong (pro se) respectfully submit this motion for a settlement conference and asks this court to schedule a settlement conference for the above parties.

Respectfully Submitted

1130 University Blvd.
B9-620
Tuscaloosa AL 35401
(205) 861-5979

# CERTIFICATE OF SERVICE

This is to certify that on the day of **25** 2018, I served **MOTION FOR A SETTLEMENT** by placing a copy in the United States Postal Service First Class Mail-Certified upon the Defendant Attorney whose name and address as listed below:

**Sarah C. Blutter**
**Assistant U.S. Attorney**
**U.S. Attorney's Office for the**
**Northern District of Alabama**
**1801 Fourth Avenue North**
**Birmingham, Alabama 35203**

Respectfully Submitted,

Reshawn Armstrong (Pro Se)
1130 University Blvd.
# B9-620
Tuscaloosa, Alabama 35401