IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| RESHAWN ARMSTRONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 7:17-cv-01857-LSC |
| ) | |
| JEFFERSON B. SESSIONS, ) | |
| Attorney General, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE

Defendant Jefferson B. Sessions, Attorney General ("Defendant"), respectfully submits this Response in opposition to Plaintiff's Motion for a Settlement Conference (Doc. 27) in the above-captioned case.

1. The parties held a parties' planning meeting on August 25, 2018. Doc. 25, at 1.

2. The parties disagreed as to the productivity of a settlement conference for this case at this time. *Id*. at 5.

3. Discovery has just begun in this case.

4. Many of Plaintiff's claims were not investigated fully at the administrative stage, because Plaintiff brought this case in federal court prior to completion of the administrative process.

1

5. Based on discussion of the parties and the information available at this time, Defendant does not believe a settlement conference at this time would be productive.

6. However, Defendant is open to a settlement conference at a later time or at the present time, if the Court believes that such a settlement conference would be productive.

WHEREFORE, premises considered, Defendant requests that Plaintiff's Motion For Settlement Conference be denied at this time.

    Respectfully submitted,

    JAY E. TOWN
    UNITED STATES ATTORNEY

    **s/Sarah C. Blutter**
    Sarah C. Blutter
    Assistant United States Attorney
    U.S. Attorney's Office
    State Bar No. 3276-v40e
    1801 Fourth Avenue North
    Birmingham, Alabama 35203
    (205) 244-2119
    (205) 244-2181 (fax)
    Sarah.Blutter@usdoj.gov

    Counsel for Defendant

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties in the case.

                                                  **s/Sarah C. Blutter**
                                                  Sarah C. Blutter
                                                  Assistant United States Attorney