FILED
2018 Oct-10 PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| RESHAWN ARMSTRONG, )<br>)<br>*Pro se* Plaintiff, )<br>)<br>vs. )<br>)<br>JEFFERSON B. SESSIONS, )<br>Attorney General, )<br>)<br>Defendant. )<br>) | 7:17-cv-1857-LSC |

## ORDER

It has been brought to the Court's attention that some of Plaintiff's remaining claims may be subject to dismissal. Therefore, the Court ORDERS the parties to brief whether Plaintiff's remaining claims are due to be dismissed. Defendant will have two weeks from the date of entry of this order to brief the Court on this issue. Defendant's submission shall not exceed ten (10) pages. Plaintiff's response will then be due two weeks after the Defendant's response. Plaintiff's response shall not exceed ten (10) pages. The type size for all submissions must be at least 14 points, except that footnotes may be in 12-point type. After the briefing period has expired, the

Court will take the parties' briefs under consideration without further notice to the parties.

Additionally, since the Court has ordered briefing on this issue, Plaintiff's motion for settlement conference (doc. 27) is DENIED.

**DONE** and **ORDERED** on October 10, 2018.

_____
L. Scott Coogler
United States District Judge

195126