# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| RESHAWN ARMSTRONG,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JEFFERSON B. SESSIONS, *et al.*,  )<br>  )<br>Defendants.  )<br>  )<br>  ) | 7:17-cv-1857-LSC |

## PRIVACY ACT PROTECTIVE ORDER

For the purpose of protecting the privacy of government employees, applicants for employment, and former employees, and in accordance with the provisions and objectives of the Privacy Act of 1974, 5 U.S.C. § 552a (1976), it is hereby ORDERED pursuant to 5 U.S.C. § 552a(b)(11) and Rule 26(c) of the Federal Rules of Civil Procedure:

1.  This Order applies to, governs, and directs the disclosure in the course of this action, under the Federal Rules of Civil Procedure, of all government records that are either covered by the Privacy Act or otherwise contain personal information regarding individuals and which are encompassed by the Federal Rules requiring disclosure or are reasonably responsive to the parties' discovery. However, this Order neither addresses nor overrules any objections to discovery

made pursuant to the Federal Rules of Civil Procedure on any basis other than personal privacy. This Order permits the parties to meet any disclosure and discovery obligations by disclosing to the parties and their attorneys those files and documents, or information from those files and documents, relevant to any party's claim or defense and proportional to the needs of the case to fulfill those obligations without requiring the parties to prescreen each document for Privacy Act objections and present those objections to this Court for a decision regarding disclosure.

2. The records disclosed at any point in this case or the information obtained from those records may be disclosed by the parties only to the parties, their attorneys of record, witnesses in this case, court reporters, and the Court. However, neither the parties nor their attorneys of record shall disclose them or any information obtained from them to any person unless such disclosure is reasonably calculated in good faith to aid in the preparation or prosecution of this litigation. The parties and their attorneys shall ensure that any person to whom disclosure may be made shall, prior to such disclosure, be informed of the terms of this Order. The parties and attorneys of record shall advise all persons who are given access to documents and information pursuant to this order of the terms of this order and shall have all persons who are given access to documents and

information pursuant to this Order, other than the parties, their attorney(s) of record, members of the attorneys' staff, witnesses in the case, court reporters and the Court, sign a copy of this order to acknowledge their familiarity with the terms of the order and its binding force.

3. No person to whom a record covered by this Order is disclosed by the parties or their counsel shall make a copy of the record unless copying reasonably promotes the preparation for and trial of this litigation. Neither the parties, their attorneys, nor any individual to whom they make disclosure shall disclose a record covered under this Order or any information contained in or derived from such a record except for the purposes of preparing for and prosecuting this litigation.

4. Upon conclusion of this action (including appeals), all records or copies of records (except copies of documents accepted into evidence) secured from the parties or their agents and protected by the terms of this Order shall within a reasonable period either be returned to the originating party or destroyed by the parties and/or their attorneys.

5. Nothing in this Order constitutes any decision by the Court concerning discovery disputes, the admission into evidence of any specific document, or liability for payment of any costs of production or reproduction; nor does the Order constitute a waiver by the parties of their rights to object to the

discovery of or admission into evidence of any record or information subject to this Order. By consenting to this Order, neither party waives any of its positions respecting either the facts or the law applicable to this litigation.

**DONE** and **ORDERED** on February 15, 2019.

                                             L. Scott Coogler
                                         United States District Judge

195126