IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| RESHAWN ARMSTRONG,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW G. WHITAKER, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  7:17-cv-1857-LSC<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before this Court are a number of motions filed by both Plaintiff and Defendant. For the reasons stated on the record at the Court's hearing on Thursday, February 28, 2019, the Court makes the following rulings.

Plaintiff's motion to compel (doc. 57) is GRANTED in part and DENIED in part. Defendant is instructed to produce copies of the Mobile 3 and Mobile 4 log books for February 2016 through December 2016 in fifteen (15) days. Defendant must also produce within thirty (30) days the additional documents supporting its affirmative defenses that it has failed to produce. The Court notes that it will not allow the deposition of the Attorney General, and Defendant is not required to produce the video from the rear gate because it no longer exists. Plaintiff's request

for the identity of the individuals working the control room on certain dates is the proper subject of an interrogatory and not a request for production.

Plaintiff has also filed an amended complaint (doc. 59), which the Court interprets as an implied motion to amend her complaint. The motion (doc. 59) is GRANTED. Defendant has ten (10) days from the date of entry of this Order to file a responsive pleading.

The Court will hold a telephone conference on April 8, 2019 at 10:00 AM to discuss the status of the case. The parties are instructed to call (877) 336-1828 and use Access Code: 1966344 five (5) minutes prior to the start of the conference. At the telephone conference, the parties need to be prepared to discuss (1) the progress of Plaintiff's EEOC proceedings on BOP-2017-01063 and (2) proposed deadlines to enable the Court to enter a revised scheduling order.

**DONE** and **ORDERED** on March 1, 2019.

_____
L. Scott Coogler
United States District Judge

195126