**United States District Court
for the
Northern District of Alabama
Western Division**



2020 JAN 21 P 1: 43

| | |
|---|---|
| **Reshawn Armstrong, (Pro Se)**<br><br>**Plaintiff**<br><br>v.<br><br>**William Barr, Attorney General of the United States, et; al**<br><br>**Defendant** | **Civil Action: 7:17-cv-01857-LSC**<br><br>"Plaintiff's Notice to the Court" |

## PLAINTIFF'S NOTICE TO THE COURT

The Plaintiff Ms. Reshawn Armstrong (Pro Se) respectfully files this notice with the Court so that the following may be on record.

The Plaintiff states the following:

1. On June 27, 2019 a bench trial date for the above civil action was set for January 13, 2020 (exhibit 1; doc 81 text order.)

2. On July 19, 2019 after the Defendant filed it second request for extension of time (doc 86...which was granted for the second time

1

without consideration to plaintiff's response to; doc 88) bench trial date was reset from January 13, 2020 to January 21, 2020 (exhibit 2; doc 87 text order).

3, On November 5, 2019 (after motion for summary judgment and opposition to motion for summary judgment were filed) without stating cause this Court on its own initiative reset trial date from January 21, 2020 to March 9, 2020. (Exhibit 3)

4. On January 7, 2020 without stating cause this Court again on its own initiative reset trial from March 9, 2020 to April 13, 2020. (Exhibit 4)

In conclusion the Plaintiff Ms. Reshawn Armstrong (Pro Se) has provided this court with numerous documentations (exhibits) in support of her claims and has waited patiently for over two years to further prove her claims through the opportunity of opening statements, to call on witnesses and to cross examine the Defendant's witnesses at trial, exhibits, and closing statements. The Plaintiff should be entitled to have her day in court which that day respectfully should be affirmed as April 13, 2020 with no further continuance so that the Plaintiff may prepare appropriately for trial and so not to inconvenience witnesses Plaintiff intends to call upon at trial.

Respectfully Submitted,

Reshawn Armstrong (Pro Se)
1130 University Blvd. B9-620
Tuscaloosa, Alabama 35401
(205) 861-5979
ra1111@ymail.com

## CERTIFICATE OF SERVICE

This is to certify that on the **21** day of **January** 20**20**, I served **Plaintiff's Notice To The Court** by placing a copy in the United States Postal Service First Class Mail-Certified and via email to Sarah.Blutter@usdoj.gov and don.long2@usdoj.gov upon the Defendant's Attorney(s) whose name and address as listed below:

**Sarah C. Blutter**
**Don Long**
**Assistant U.S. Attorney**
**U.S. Attorney's Office for the**
**Northern District of Alabama**
**1801 Fourth Avenue North**
**Birmingham, Alabama 35203**

Respectfully Submitted,

Reshawn Armstrong (Pro Se)
1130 University Blvd.
B9-620
Tuscaloosa, Alabama 35401

3

# Exhibit 1

| | | |
|---|---|---|
| 06/26/2019 | 81 | TEXT ORDER finding as moot 70 Motion to Compel. The parties have not certified with the Court the need for the hearing as ordered. The motion is therefore MOOT and the hearing set for 6/27/2019 is hereby **CANCELLED**. Signed by Judge L Scott Coogler on 6/26/2019. (PSM) (Entered: 06/26/2019) |
| 06/27/2019 | | TEXT ORDER granting 77 Joint MOTION for Entry of Amended Scheduling Order filed by Matthew G Whitaker and finding as moot 50 MOTION for Extension of Time to Complete Discovery and, 58 MOTION for Extension of Time filed by Reshawn Armstrong, Discovery due by 7/30/2019. Dispositive Motions due by 8/30/2019. Joint Status Report due by 8/15/2019. Bench Trial set for 1/13/2020 at 9:00 AM in Federal Building, Tuscaloosa, AL before Judge L Scott Coogler. Signed by Judge L Scott Coogler on 6/27/2019. (PSM) (Entered: 06/27/2019) |

# Exhibit 2

| 07/19/2019 | 87 | TEXT ORDER granting in part and denying in part 86 Motion for Extension of Time to Complete Discovery. Discovery is due by 7/31/2019. Jury Trial RESET for 1/21/2020 at 9:00 AM in Federal Building, Tuscaloosa, AL before Judge L Scott Coogler. Signed by Judge L. Scott Coogler on July 19, 2019. (EBV) (Entered: 07/19/2019) |

# Exhibit 3

## Activity in Case 7:17-cv-01857-LSC Armstrong v. Whitaker Notice of Hearing

From: cmecf_alnd@alnd.uscourts.gov

To: ecfAdmin@alnd.uscourts.gov

Date: Tuesday, November 5, 2019, 10:40 AM CST

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Northern District of Alabama

### Notice of Electronic Filing

The following transaction was entered on 11/5/2019 at 10:39 AM CST and filed on 11/5/2019
**Case Name:** Armstrong v. Whitaker
**Case Number:** 7:17-cv-01857-LSC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**NOTICE of RESETTING Hearing: Bench Trial RESET for 3/9/2020 at 9:00 AM** in Federal Building, Tuscaloosa, AL before Judge L Scott Coogler. (PSM)

**7:17-cv-01857-LSC Notice has been electronically mailed to:**

Don B Long , III    don.long2@usdoj.gov

Reshawn Armstrong    ra1111@ymail.com

Sarah C Blutter    sarah.blutter@usdoj.gov

**7:17-cv-01857-LSC Notice has been delivered by other means to:**

# Exhibit 4

## Activity in Case 7:17-cv-01857-LSC Armstrong v. Whitaker Notice of Hearing

From: cmecf_alnd@alnd.uscourts.gov
To: ecfadmin@alnd.uscourts.gov
Date: Tuesday, January 7, 2020, 3:50 PM CST

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Northern District of Alabama

**Notice of Electronic Filing**

The following transaction was entered on 1/7/2020 at 3:49 PM CST and filed on 1/7/2020
**Case Name:** Armstrong v. Whitaker
**Case Number:** 7:17-cv-01857-LSC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
NOTICE of RESETTING Hearing: **Bench Trial RESET for 4/13/2020 at 9:00 AM** in Federal Building, Tuscaloosa, AL before Judge L Scott Coogler. (PSM)

**7:17-cv-01857-LSC Notice has been electronically mailed to:**

Don B Long , III    don.long2@usdoj.gov

Reshawn Armstrong    ra1111@ymail.com

Sarah C Blutter    sarah.blutter@usdoj.gov

**7:17-cv-01857-LSC Notice has been delivered by other means to:**